UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GREEN,

                Plaintiff,

- against -

AKONIK LABEL GROUP LLC,

                Defendants.

**ORDER**

19 Civ. 7492 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference previously scheduled for December 12, 2019 is adjourned <u>sine die</u>. Plaintiff will file his motion for a default judgment by January 8, 2020.

Dated: New York, New York
       December 9, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge