UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GREEN,

                Plaintiff,

- against -

AKONIK LABEL GROUP LLC,

                Defendants.

**ORDER**

19 Civ. 7492 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS Plaintiff commenced this action on August 11, 2019, by filing the Complaint (Dkt. No. 1);

      WHEREAS Defendant has not appeared or responded to the Complaint (Cert. of Default (Dkt. No. 10));

      WHEREAS, on January 21, 2020, this Court ordered Defendant to show cause why a default judgment should not be entered against it, and scheduled a hearing for February 19, 2020 (Dkt. No. 18);

      WHEREAS Plaintiff served the Order to Show Cause on Defendant on January 23, 2020 (Dkt. No. 20);

      WHEREAS Defendant filed no opposition to Plaintiff's motion for a default judgment and did not appear at the February 19, 2020 hearing;

It is hereby ORDERED that default is entered against Defendant, and that this matter is referred to Magistrate Judge Wang for an inquest into damages. The Clerk of the Court is directed <u>not</u> to close this case.

Dated: New York, New York
      February 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge