**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUSTIN GREEN,

     Plaintiff,        19 **CIVIL** 7492 (PGG)(OTW)

  -against-            **JUDGMENT**

AKONIK LABEL GROUP LLC,
      Defendant.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 19, 2022, the R&R is adopted in part. Plaintiff is awarded (1) $1,000 in statutory damages; (2) $1,912.50 in attorneys' fees; and (3) $440 in costs. Post-judgment interest on the entire amount will accrue from the date of judgment at the rate provided by 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:** New York, New York
    July 19, 2022

                   **RUBY J. KRAJICK**
                   _____
                   **Clerk of Court**
          **BY:**  K. Mango
                   _____
                   **Deputy Clerk**